November 12, 2013

Dear Honorable Judge Jed Rakoff,

I am Dan DeVore's wife and we have been married since 2002. I married Dan because I found him to be a kind, loving, responsible and humble man, with a good sense of humor.

Dan's involvement with PGR came as a shock to many, mainly because the behavior was not in line with the good-natured man they know and love. I don't think Dan involved himself with PGR out of greed. He never spent any of the money he made—he just put it in the bank and saved it. Taxes were paid on this money. It was never reinvested and there were no big purchases. Ironically, it has all been spent on his representation.

From living through this with him, parts of his life story have come to make more sense to me.

Dan lost both his father and brother during his high school years.  Having grown up with three brothers, it's during one's high school years that adolescent boys need their dads around the most to model leadership in the home.  During that critical time, Dan was grieving both the loss of his brother and best friend, and then later his dad. And during this grief, likely trying to reconcile that during the years they were alive, that his dad was closer to his brother than he was with him. I remember Dan telling me once that his dad and brother were really into cars, but he wasn't, and not being able to connect with his dad in that way made him feel like he didn't measure up.

I think Dan's choice to be involved with PGR was a combination of naiveté, low self-esteem, and a desire to feel included, to feel important.  I remember more than once Dan commenting that the folks at PGR told him "he was one of their best guys". Looking back, I think the interaction fed a very empty space inside of Dan, and the more involved he became; the more he was in over his head.

I expect there are so many people who knew of Dan at work and even friends who have wondered how could he make such a terrible choice for himself and his family. I've wondered that too, but when I think of his life experience holistically, it makes sense that he would have a huge misstep in the area of being the man of the house, because during his formative high school years, his father was seriously ill and then passed away.

I do hold Dan accountable for his actions, and as his wife, I also know his life experiences. I'm finding forgiveness because I have watched him show up for his consequences, and I've watched him go to therapy to work through that empty space that was filled up with PGR.

From the first night the FBI showed up at our home, he has wanted to do everything he could do to help make this situation right.

Dan has always been involved with helping the community, and he continues to do so. Recent service work that stands out is his volunteer work with a quadriplegic man who needed a caregiver to help feed, lift and change him.  Dan selflessly provided this care when the man's own family wouldn't—they would let him sit in dirty clothes all night so that Dan could change him in the morning. It was humbling work and Dan did it, and was also a friend.

My husband Dan is a great dad. I know a good dad when I see one because I grew up without one. Our two girls have a dad who provides love, structure and guidance to their lives. He's the man that makes their lunches, gets them dressed, meets them at the bus stop, drives them to their activities, makes dinner, and volunteers at their school. He runs our house well so that I can attend to my full time job. It brings me joy to see my girls receiving the relationship with their father that I longed for as a child. I know it is priceless.

Dan will gladly spend the remainder of his life making things up to us tenfold because he can't change the past. I have found him to be remorseful for his poor choices. He knows what he did was wrong. I humbly ask for your grace, and thank you for your consideration.


Respectfully,

*Christine M. DeVore*

Christine Martincheck DeVore

Character reference re: Dan DeVore

November 13, 2013

Honorable Judge Jed Rakoff,

In writing a reference for Dan I am coming from a Mother's perspective but quite sure you are not looking for a statement of my love for my son being unconditional. That said, and being true, I can also say that he has been a caring husband, father, brother and uncle to his family all of his adult life. He has been active in his community with service projects for many years.

Since December 10, 2010 he has accumulated many hours as a volunteer care- giver for a disabled man as well as many hours of community service. Most important, he has been Mr. Mom to his two young girls and running the household. Dan's confession of guilt has cost him his job in his career field and blocked his entry into any other field that requires a license; e.g. medical . His wife is definitely the primary breadwinner at this point. This will be a decade or more for financial recovery. He is now working in an upscale craft brewery. He has renewed his commitment of faith and attends Church again.

Counseling has helped him with the changes. Perhaps it has also helped him with closure of his other loses in his life; Losing a brother at 14 and his father at 17 were major life events. Considering all of this, will society be well served by any other penalties on Dan? I am asking for leniency so that he can remain a vital influence on our family and keep his immediate family intact.

I believe he is remorseful and perhaps it is time, with guidance, to give him a new start.

Sincerely, *Connie D. Mayhew*
Connie DeVore Mayhew

November 5, 2013

Dear Judge Rakoff,

Dan DeVore is a friend of mine and has been since we met in 2000. We met while working together and became and have remained friends ever since. Dan and his family have been a part of my family's life for more than a decade, and I'd like to believe we've been a part of theirs. My wife and I attended Dan and Christine's wedding reception, were with them shortly after each of their daughters were born, and have shared many important occasions over the years.

The Dan I know is a good man – he quietly participated in "Blue Santa" campaigns every year we worked together, never making a point of calling attention to himself or his good works. He was also instrumental in organizing and directing charity efforts for our team at work.

When one of our co-workers' wives was the victim of a terrible crime, Dan made sure all of us attended her funeral services together and provided ongoing moral support to our colleague.

My wife and I visited Dan and Christine at the hospital upon the birth of their first daughter, ▓▓▓▓, and we were deeply touched by Dan's devotion to both Christine and ▓▓▓▓. As soon as Dan became a father, it was apparent that the center of his universe was ▓▓▓▓, and then later ▓▓▓▓ and ▓▓▓▓. It is so heartening to see a father as involved with, and devoted to, his children as Dan is.

Dan is always a welcome guest in our home – as a matter of fact, the Christmas tree we have is the same one that Dan went with me to pick up, in the rain, at Hobby Lobby back in 2003. He's been one of the people I've always known I could depend on for help whenever I need it.

I sincerely ask you to show leniency in sentencing Dan. He is a valuable member of our community, our circle of friends and, most importantly, his family. He is a kind and decent person who is worthy of your compassion.

Thank you so much for your consideration, Judge Rakoff. I would be happy to answer any questions you might have about Dan.

Sincerely,

James Nicholopoulos

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Austin, TX 78717
512-238-0276

Dear Judge Rakoff,                                                               November 13, 2013

I am writing on behalf of my dear friend, Dan DeVore. I have known Dan for over 15 years, first as a business colleague and later as a friend. He is one of the finest people I know and I am very fortunate to have him and his beautiful family in my life.

Dan and I met at work and though we lived in different cities and worked for different companies, we became fast friends. Dan is a man of great kindness, integrity and decency. When I moved to Texas, without family or a support network, Dan promptly included me in his circle of friends and assisted me in getting settled. He has accompanied me to events where I did not know anyone, attended mass with me, hauled and set up multiple Christmas trees for me, and even tolerated shopping trips to the outlet mall with me. He has been the brother I never had and a great friend. His friendship and support are a big part of the reason that I now call Austin home.

Dan is a community-minded individual who regularly puts the needs of others before his own – best evidenced through his substantial community work with organizations like Blue Santa and his private volunteering. He has long nurtured an interest in nursing which is a testament to his commitment to giving to his community and desire to support those in need.

Dan's greatest role is as a devoted husband to his wife, Christine, and father to their beautiful daughters, ▬▬▬▬ and ▬▬▬. His family is clearly the light of his life and he is infinitely grateful for the blessings he has received. His interaction with his girls and their complete devotion to him inspires me. I am a volunteer with Court Appointed Special Advocates (CASA) of Travis County and I am in court regularly witnessing foster children and families in pain and turmoil and seeing Dan with his family fills me with hope and a sense of peace, because it reminds me that it is possible to overcome almost anything with the love and support of family and friends.

Judge Rakoff, I hope that you will show leniency in Dan's sentence. He is worthy of your consideration. He is a loyal and generous friend, an exceptional member of our community but foremost, he is a dedicated husband, dad and source of strength to his family.

Thank you for your attention. Please contact me if you need any further information.

Sincerely,


Hali M. White
▬▬▬▬▬▬▬▬▬▬
Austin, TX 78758
512.964.7688


SLC-7090862-1